332 A.2d 809
COMMONWEALTH of Pennsylvania
v.
Gary P. BATES, Appellant.

Supreme Court of Pennsylvania.

Argued June 25, 1974.

Decided Jan. 27, 1975.

Rehearing Denied March 10, 1975.

Defender Assn. of Philadelphia, Vincent J. Ziccardi, Defender, John W. Packel, Chief, Appeals Div., Drew Salaman, Philadelphia, for appellant.

F. Emmett Fitzpatrick, Dist. Atty., Richard A. Sprague, First Asst. Dist. Atty., Steven H. Goldblatt, Asst. Dist. Atty., Chief, Appeals Div., D. Richardson, Philadelphia, for appellee.

Before JONES, C. J., and EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

## OPINION OF THE COURT

PER CURIAM.

The issues raised by appellant having been waived by his failure to raise them in his prior petition under the Post-Conviction Hearing Act, the order denying him relief is affirmed. Act of January 25, 1966, P.L. (1965) 1580, § 4, 19 P.S. § 1180–4; *Commonwealth v. Penn.*, 457 Pa. 517, 325 A.2d 815 (1974); *Commonwealth v. Simon*, 446 Pa. 215, 285 A.2d 861 (1971).

NIX, J., took no part in the consideration or decision of this case.